

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| SOUTHWESTERN ROOFING, INC., | § | No. 08-17-00068-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 6 |
| | § | |
| VISTACON, INC., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2010-3455) |
| | § | |

## **MEMORANDUM OPINION**

Appellant, Southwestern Roofing, Inc., has filed a motion to dismiss its appeal because it no longer desires to pursue its appeal. *See* TEX.R.APP.P. 42.1(a). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

November 15, 2017

Before McClure, C.J., Rodriguez, and Palafox, JJ.